IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DIANE RICHARD-ALLERDYCE, *et al.*, | : | CASE NO. 1:23-cv-00796 |
| | : | |
| Plaintiffs, | : | (Judge Matthew W. McFarland) |
| | : | |
| v. | : | **STIPULATION FOR EXTENSION** |
| | : | **OF TIME FOR DR. EDWIN C.** |
| UNION INSTITUTE AND UNIVERSITY, *et al.*, | : | **MARSHALL TO ANSWER OR** |
| | : | **OTHERWISE RESPOND TO** |
| | : | **COMPLAINT** |
| Defendants. | : | |
| | : | |

_____

Pursuant to Fed. R. Civ. P. 6(b) and S.D. Ohio Civ. R. 6.1, and by agreement of counsel, Plaintiffs and Defendant Dr. Edwin C. Marshall, in his capacity as a board member of the Union Institute and University ("Marshall) stipulate and agree that Marshall shall have an extension of time of twenty-one (21) days, to and including February 7, 2023, to answer or otherwise respond to Plaintiffs' Complaint.

Marshall has not received any other stipulated extension of time in these proceedings, and the extension of time set forth in this stipulation does not exceed 21 days.

STIPULATED BY:

| | |
|---|---|
| /s/ Rachel J. Guin (per 1/8/24 email authorization) | /s/ John C. Greiner |
| Robert E. DeRose (0055214) | John C. Greiner (0005551) |
| BARKAN MEIZLISH DEROSE COX, LLP | Trial Attorney |
| 4200 Regent Street, Suite 210 | FARUKI PLL |
| Columbus, OH 43219 | 201 East Fifth Street, Suite 1420 |
| bderose@barkanmeizlish.com | Cincinnati, OH  45202 |
| | Telephone:  (513) 632-0315 |
| Cody D. Woods (0103642) | Fax:  (513) 632-0319 |
| Rachel J. Guin (admitted *pro hac vice*) | Email: jgreiner@ficlaw.com |
| ROTHBERG LAW FIRM | |
| 505 E. Washington Blvd. | Patrick A. Ziepolt (*pro hac vice* forthcoming) |
| Fort Wayne, IN 46859 | Andrew Mallor (*pro hac vice* forthcoming) |
| cwoods@rothberg.com | MALLOR GRODNER LLP |
| rguin@rothberg.com | 511 Woodscrest Drive |
| | Bloomington, IN  47401 |
| Attorneys for Plaintiffs | Telephone:  (812) 332-5000 |
| | Fax:  (812) 961-6161 |
| | Email: patrick@lawmg.com |
| | acmallor@lawmg.com |
| | |
| | Attorneys for Defendant Dr. Edwin C. Marshall, in his capacity as a board member of the Union Institute and University |

2

## CERTIFICATE OF SERVICE

I certify that on the 10th day of January, 2024, I electronically filed the foregoing Stipulation for Extension of Time for Dr. Edwin C. Marshall to Answer or Otherwise Respond to Complaint with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

Cody D. Woods, Esq.
Rachel J. Guin, Esq.
ROTHBERG LAW FIRM
505 E. Washington Blvd.
Fort Wayne, IN 46859
cwoods@rothberg.com
rguin@rothberg.com

Robert E. DeRose, Esq.
BARKAN MEIZLISH DEROSE COX, LLP
4200 Regent Street, Suite 210
Columbus, OH 43219
bderose@barkanmeizlish.com

Attorney for Plaintiffs

/s/ John C. Greiner
John C. Greiner

4876-8667-2540.1
1/10/2024