# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| DIANE RICHARD-ALLERDYCE, *et al.*, ) | Case No. 1:23-cv-00796-MWM |
| ) | |
| Plaintiffs, ) | |
| ) | JUDGE MATTHEW W. MCFARLAND |
| ) | |
| v. ) | |
| ) | |
| ) | |
| UNION INSTITUTE AND UNIVERSITY, ) | |
| *et al*. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SUGGESTION OF PENDENCY
## OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS

**PLEASE BE ADVISED** that on March 14, 2025, Union Institute & University (herein, the "Debtor") commenced a bankruptcy case in the United States Bankruptcy Court for the Southern District of Ohio (the "Bankruptcy Court") by filing voluntary petitions for relief under the United States Code, 11 U.S.C. §§ 101-1532, *et seq.* (the "Bankruptcy Code"). The Debtor's chapter 7 case is now pending before The Honorable Beth A. Buchanan, United States Bankruptcy Judge, Case No. 25-bk-10562.

**PLEASE BE FURTHER ADVISED** that pursuant to Section 362 of the Bankruptcy Code, as of the commencement of the bankruptcy case, the above-captioned action has been automatically stayed. Section 362 of the Bankruptcy Code provides, in part, that the filing of a petition to commence a chapter 7 case operates as a stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the

commencement of the case under [chapter 7]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case . . . ." 11 U.S.C. §§ 362(a)(1) & (6).

**PLEASE BE FURTHER ADVISED** that additional information regarding the status of the Debtor's case may be obtained by reviewing the docket available electronically at https://ecf.deb.uscourts.gov (PACER login and password required) or by contacting counsel for the Debtor, Allen, Stovall, Neuman & Ashton, LLP, 10 West Broad Street, Suite 2400, Columbus, Ohio 43215 (Attn: Thomas R. Allen, email: allen@aksnlaw.com).

                Respectfully submitted,

                */s/ Sean T. Needham*
                SEAN T. NEEDHAM (0081382)
                **REMINGER CO., L.P.A.**
                200 Public Square, Suite 1200
                Cleveland, Ohio 44114
                P: (216) 687-1311 | F: (216) 687-1841
                Email: SNeedham@reminger.com
                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

Pursuant to L.R. 5.2(a), I hereby certify that on March 17, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                */s/ Sean T. Needham*
                SEAN T. NEEDHAM (0081382)
                *Counsel for Defendants*